UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

MARKEL GEORGE,

    Plaintiff,

v.

                                   Case No. 6:12-cv-845-Orl-36GJK

CHIPOTLE MEXICAN GRILL SERVICE CO.,
LLC, and CHIPOTLE MEXICAN GRILL, INC.,

    Defendants.
_____/

## AMENDED EXHIBIT LIST[1]

____ Government    ____ Plaintiff    ☒ Defendants    ____ Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| A | | | Senical Martinez | Stipulated Admission | 8/22/07 Employee information form (Ch 2) |
| B | | | Senical Martinez | Stipulated Admission | 11/10/08 Status change form. Promotion from Crew to Kitchen Manager from $8.90 to $10.00. (Ch 44) |
| C | | | Senical Martinez | Stipulated Admission | 11/9-11/18/08 Email string between Martinez, Martin, Koch and Senical regarding processing status change form for George (Ch 45-46) |
| D | | | Senical | Stipulated Admission | 7/1/09 Email strings re Monthly Recap and George (Ch 892-894) |
| E | | | Senical Martinez | Stipulated Admission | 7/21/09 Performance discussion (Ch 27-28) |
| F | | | Senical | Stipulated Admission | 8/17/09 Status change form. Promotion from Kitchen Manager to Service Manager from $10.10 to $11.00 (Ch 41) |
| G | | | Senical | Stipulated | 8/26-8/28/09 Email string |

---

[1] Defendants' Amended Exhibit List adds Exhibit RR which consists of the records received on December 30, 2013 pursuant to Subpoena permitted by Order dated December 12, 2013 (DE 65) and a summary of plaintiff's earnings within the demonstrative exhibits.

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
|  |  |  | Martinez | Admission | between Martinez, Martin, Koch and Senical regarding processing status change form for George (Ch 42-43) |
| H |  |  | George Senical Martinez | Stipulated Admission | 9/3/09 Acknowledgement of respectful workplace policy (Ch 40) |
| I |  |  | George Senical Reyes | Stipulated Admission | 11/17/09 Performance discussion (Ch 25-26) |
| J |  |  | George Senical Martinez | Stipulated Admission | 11/23/09 Health insurance termination form (Ch 29) |
| K |  |  | George Reyes | Stipulated Admission | 11/29/09 Kitchen/service manager performance review (Ch 36-39) |
| L |  |  | George Reyes | Stipulated Admission | 5/26/10 Kitchen/service manager performance review (Ch 30-33) |
| M |  |  | George Senical Martinez Hosgood | Stipulated Admission | 8/31/10 Email from George to Triola re discrimination and retaliation. Email from Triola to George advising that he will pass complaint on to Hosgood (Ch 591-592) |
| N |  |  | George Senical Martinez Hosgood | Stipulated Admission | 8/31/10 Email string re discrimination and retaliation (Ch 895) |
| O |  |  | Senical | Stipulated Admission | 10/1/10 Email from Senical to several re employee 50% discount (Ch 6) |
| P |  |  | Senical Martinez Reyes | Stipulated Admission | 10/5/10 Termination Form (Ch 4) |
| Q |  |  | Senical Martinez Reyes | Stipulated Admission | 10/5/10 Email string re Question (Ch 896-897) |
| R |  |  | Martinez | Hearsay, Unfair Prejudice, M/Limine issue | 10/2010 Handwritten notes (Ch 898-899) |
| S |  |  | Senical Martinez | Stipulated Admission | 2007-2010 Work location related Oracle printouts (Ch 7-14) |
| T |  |  | Senical | Stipulated | 2007-2010 Compensation |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| | | | Martinez | Admission | related Oracle printouts (Ch 15-23) |
| U | | | Senical Martinez Burgman | Stipulated Admission | Policies from 2/2010 Restaurant Management Handbook Hourly / Salaried (Ch 130, 133, 136, 139, 140, 144, 149, 163, 164, 170, 171, 177) |
| V | | | Senical Martinez Burgman | Stipulated Admission | Excerpts from the Service Manager Guide (Ch 350, 353, 356-363) |
| W | | | Senical Martinez Burgman | Stipulated Admission | Cash handling policies responsibilities (Ch 698-783) |
| X | | | Senical Martinez Burgman | Stipulated Admission | 2/2010 Cash Handling Policies & Responsibilities (Ch 468-579) |
| Y | | | George Senical Martinez | Stipulated Admission | 2007-2010 W-2 Wage and Tax statements (Ch 593-596) |
| Z | | | George Senical Martinez | Stipulated Admission | 2007 Pay stubs (Ch 597-606) |
| AA | | | George Senical Martinez | Stipulated Admission | 2008 Pay stubs (Ch 607-631) |
| BB | | | George Senical Martinez | Stipulated Admission | 2009 Pay stubs (Ch 632-657) |
| CC | | | George Senical Martinez | Stipulated Admission | 2010 Pay stubs (Ch 658-678) |
| DD | | | Senical Martinez Burgman | Stipulated Admission | Job description Service Manager (Ch 683-685) |
| EE | | | Senical Martinez Burgman | Stipulated Admission | Job description Kitchen Manager (Ch 686-688) |
| FF | | | Senical Martinez Burgman | Stipulated Admission | Job description Prep/Grill/Linebacker (Ch 689-691) |
| GG | | | Senical Martinez Burgman | Stipulated Admission | Job description Line Server (Ch 692-694) |
| HH | | | Senical | Stipulated | Job description Apprentice (Ch |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| | | | Martinez | Admission | 695-696) |
| II | | | George Senical Martinez Burgman | Stipulated Admission | My development Journal (Pl 8-53) |
| JJ | | | George Senical Martinez | Stipulated Admission | Apprentice sign off check list (Pl 54) |
| KK | | | Senical Martinez | Stipulated Admission | Stepping Up: The Road to Restaurateur (Pl 205) |
| LL | | | George Universal Rep. | Hearsay, Unfair Prejudice, Relevance | Universal Orlando Resort benefits enrollment packet (various benefit information) (Pl 237-394) |
| MM | | | George Lakeside Rep. | Hearsay, Unfair Prejudice, Relevance | Lakeside Behavioral Healthcare records (Ch Non Party 1312-1335) |
| NN | | | George Interlachen Rep. | Hearsay, Unfair Prejudice, Relevance | Interlachen Country Club records (Ch Non Party 900-937; 1361-1363) |
| OO | | | George Universal Rep. | Hearsay, Unfair Prejudice, Relevance | Universal Orlando Resort records (Ch Non Party 1080-1310) |
| PP | | | George Universal Rep. | Stipulated Admission | Universal Direct Deposit Statements (Pl 473,528,580,585) |
| QQ | | | George Senical | Stipulated Admission | Diary of Markel George (Pl 230) |
| RR | | | George | | Lake Ridge Village records (Ch Non Party 1364-1402) |
| | | | | Hearsay, relevance | Deposition transcript of Markel George dated February 27, 2013 (Vols. I and II, and exhibits) |
| | | | | Hearsay, relevance | Deposition transcript of Allison Hosgood dated March 29, 2013 with exhibits |
| | | | | Hearsay, relevance | Deposition transcript and video deposition of Stephanie Reyes dated April 25, 2013 with exhibits |
| | | | | Hearsay, relevance | Deposition transcripts of Steve Senical dated January 30, 2013 with exhibits; Rosa Burgman dated January 30, 2013 with exhibits and Silvester Martinez |

Case No. 6:12-cv-845-Orl-36GJK

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | dated February 8, 2013 with exhibits |
| | | | | Hearsay | Interrogatory answers |
| | | | | Hearsay | Demonstrative exhibits including but not limited to a summary of plaintiff's earnings |
| | | | | Hearsay | Impeachment exhibits |
| | | | | Hearsay | Rebuttal exhibits |

#3278525 v1

5