UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:12-cv-00845-CEH-GJK

MARKEL GEORGE,

    Plaintiff,

v.

CHIPOTLE MEXICAN GRILL SERVICE CO.,
LLC, and CHIPOTLE MEXICAN GRILL, INC.,

    Defendants.

_____/

**SPECIAL INTERROGATORIES TO THE JURY AND VERDICT FORM**

# SPECIAL INTERROGATORIES TO THE JURY AND VERDICT FORM

We, the Jury, unanimously answer the following questions as our verdict in this cause:

I. **DISCRIMINATION CLAIMS BASED ON DISABILITY:**

Do you find from a preponderance of the evidence:

1. That Markel George was a "qualified individual?"

Answer Yes or No __NO__

If your answer is "No," this ends your deliberations on the discrimination claims, and your foreperson should sign and date the last page of **Section I.** of this verdict form, and proceed to Section II. If your answer is "Yes," go to the next question.

Do you find from a preponderance of the evidence:

2. That Chipotle refused to transfer, failed to promote Markel George, disciplined, terminated, or took any adverse employment action(s) against Markel George?

Answer Yes or No _____

If your answer is "No," this ends your deliberations on the discrimination claims, and your foreperson should sign and date the last page of **Section I.** of this verdict form, and proceed to Section II. If your answer is "Yes," go to the next question.

Do you find from a preponderance of the evidence:

3. That Chipotle took those action(s) because of Markel George's disability?

Answer Yes or No _____

If your answer is "No," this ends your deliberations on the discrimination claims, and your foreperson should sign and date the last page of **Section I.** of this verdict form, and proceed to Section II. If your answer is "Yes," go to the next question.

Do you find from a preponderance of the evidence:

4. That Markel George should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

Answer Yes or No _____

If your answer is "Yes,"

2

in what amount? $ _____

Do you find from a preponderance of the evidence:

5. That Markel George should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No _____

If your answer is "Yes,"

in what amount? $ _____

If you did not award damages in response to either Question Nos. 4 or 5, this ends your deliberations on the discrimination claims, and your foreperson should sign and date the last page of **Section I.** of this verdict form, and proceed to Section II. If you awarded damages in response to Question Nos. 4 or 5 (or both), go to the next question.

Do you find from a preponderance of the evidence:

6. That punitive damages should be assessed against Chipotle?

Answer Yes or No _____

If your answer is "Yes,"

in what amount? $ _____


SO SAY WE ALL.

_____
Foreperson

DATED: 1-9-14

## II. RETALIATION CLAIM:

Do you find from a preponderance of the evidence:

1. That Markel George engaged in "protected activity"?

Answer Yes or No __NO__

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of **Section II.** of this verdict form. If your answer is "Yes," go to the next question.

Do you find from a preponderance of the evidence:

2. That Chipotle took adverse employment action(s) against Markel George?

Answer Yes or No _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of **Section II.** of this verdict form. If your answer is "Yes," go to the next question.

Do you find from a preponderance of the evidence:

3. That Chipotle took adverse employment action(s) against Markel George because he engaged in protected activity?

Answer Yes or No _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of **Section II.** of this verdict form. If your answer is "Yes," go to the next question.

Do you find from a preponderance of the evidence:

4. That Markel George suffered damages because of adverse employment action(s)?

Answer Yes or No _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of **Section II.** of this verdict form. If your answer is "Yes," go to the next question.

4

Do you find from a preponderance of the evidence:

5. That Markel George should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

Answer Yes or No _____

If your answer is "Yes,"

in what amount? $ _____

Do you find from a preponderance of the evidence:

6. That Markel George should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No _____

If your answer is "Yes,"

in what amount? $ _____

If you did not award damages in response to either Question Nos. 5 or 6, this ends your deliberations, and your foreperson should sign and date the last page of **Section II.** of this verdict form. If you awarded damages in response to Question Nos. 5 or 6 (or both), go to the next question.

Do you find from a preponderance of the evidence:

7. That punitive damages should be assessed against Chipotle?

Answer Yes or No _____

If your answer is "Yes,"

in what amount? $ _____

SO SAY WE ALL.

_____
Foreperson

DATED: 1-9-14

5