UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARKEL GEORGE,

    Plaintiff,

v.   Case No: 6:12-cv-845-Orl-36GJK

CHIPOTLE MEXICAN GRILL SERVICE CO., LLC and CHIPOTLE MEXICAN GRILL, INC.,

    Defendants.
_____/

# ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Gregory J. Kelly on September 30, 2014 (Doc. 119). In the Report and Recommendation, Magistrate Judge Kelly recommends that the Defendants' Motion and Memorandum of Law In Support of Bill of Costs (Doc. 105) be granted in part and denied in part and the Clerk be directed to tax costs in favor of Defendants in the amount of $5,782.06. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).   No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 119) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Defendants' Motion and Memorandum of Law In Support of Bill of Costs (Doc. 105) is **GRANTED** in part and **DENIED** in part.

(3) The motion is granted to the extent that costs are awarded to Defendants in the amount of $5,782.06; otherwise, the motion is denied.

(4) The Clerk is directed to tax costs in favor of Defendants in the amount of $5,782.06.

(5) Plaintiff's Objection to Defendants' Bill of Costs (Doc. 108) and Plaintiff's Renewed Objection to Defendants' Renewed Bill of Costs (Doc. 114) have been considered and are now moot. Therefore, the Clerk is directed to terminate these objections/motions.

**DONE AND ORDERED** at Tampa, Florida on October 24, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Gregory J. Kelly
Counsel of Record